## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>     *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>     *Defendants*. | Case No. 1:25-cv-11048 |

### CERTIFICATION IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Shannon G. Denmark, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

2. I am counsel in the law firm of Lehotsky Keller Cohn LLP and a member of the bars of the District of Columbia; Kansas; the U.S. Courts of Appeals for the First, Second, Sixth, Eighth, Ninth, District of Columbia, and Federal Circuits; and the U.S. District Courts for the District of Columbia and District of Kansas.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

1

2

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2025
            */s/ Shannon G. Denmark*
            Shannon G. Denmark (DC # 1617283; KS # 29105)
            LEHOTSKY KELLER COHN LLP
            200 Massachusetts Ave. NW, Suite 700
            Washington, DC 20001
            T: (512) 693-8350
            F: (512) 727-4755
            shannon@lkcfirm.com