AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11048 |
| U.S. Dep't of Health and Human Services, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College                                           .

Date:     04/25/2025                                              /s/ Jonathan F. Cohn
                                                                                        *Attorney's signature*

                                                          Jonathan F. Cohn  (DC SBN 476551)
                                                                                  *Printed name and bar number*
                                                                             LEHOTSKY KELLER COHN LLP
                                                                     200 Massachusetts Ave, NW, Suite 700
                                                                                   Washington, DC  20001

                                                                                               *Address*

                                                                                       jon@lkcfirm.com
                                                                                        *E-mail address*

                                                                                        (512) 693-8350
                                                                                       *Telephone number*

                                                                                        (512) 727-4755
                                                                                          *FAX number*