# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25-CV-11048-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brooke L. Rollins
Secretary of Agriculture
1400 Independence Ave., SW, Whitten Bldg.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Caetlin McManus
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025-05-22 16:57:12, Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date)_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

5/27/2025
Date

*Server's Signature*

Marc K. Duffy
*Printed name and title*

800 Boylston Street, Boston,, MA 02199
*Server's Address*

Additional information regarding attempted service, etc:

ROPES &GRAY

HC-945
FILE

EMPLOYEE NUMBER
53468

Brooke L. Rollins
Secretary of Agriculture
1400 Independence Ave., SW, Whitten Bldg.
Washington, DC 20250

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

---

**CERTIFIED MAIL**

7021 0950 0001 8566 9151
7021 0950 0001 8566 9151

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage & Fees
$

Sent To  Brooke L. Rollins
         Secretary of Agriculture
Street and 1400 Independence Ave., SW, Whitten
         Bldg.
City, State Washington, DC 20250

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Brooke L. Rollins
   Secretary of Agriculture
   1400 Independence Ave., SW, Whitten
   Bldg.
   Washington, DC 20250

9590 9402 7454 2055 6224 60

2. Article Number (Transfer from service label)
   7021 0950 0001 8566 9151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**
*Plaintiff*

v.

**US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.**
*Defendant*

Civil Action No.:
**1:25-CV-11048-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of Agriculture
1400 Independence Ave., SW, Whitten Bldg.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Caetlin McManus
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025–05–22 16:57:12, Clerk USDC DMA

Civil Action No.: **1:25–CV–11048–ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

5/27/2025
Date

*Server's Signature*
Marc K. Duffy

*Printed name and title*

800 Boylston Street, Boston,, MA 02199
*Server's Address*

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.

*Defendant*

Civil Action No.:
**1:25-CV-11048-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Scott Turner
Secretary of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Caetlin McManus
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025-05-22 16:57:12, Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

5/27/2025
Date

*Server's Signature*

Marc K. Duffy
*Printed name and title*

800 Boylston Street, Boston,, MA 02199
*Server's Address*

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25-CV-11048-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⸺ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⸺ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Caetlin McManus
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025-05-22 16:57:12**, Clerk USDC DMA

Civil Action No.: **1:25–CV–11048–ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

5/27/2025
Date

*Server's Signature*

Marc K. Duffy
*Printed name and title*

800 Boylston Street, Boston,, MA 02199
*Server's Address*

Additional information regarding attempted service, etc:

**ROPES & GRAY**

HC-945

FILE

53468
EMPLOYEE NUMBER

The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total F
$
Sent To: The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban
Street: Development
451 Seventh Street, S.W.
City, S: Washington, DC 20410

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0001 8566 9144

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban
Development
451 Seventh Street, S.W.
Washington, DC 20410

9590 9402 7454 2055 6224 77

2. Article Number *(Transfer from service label)*
7021 0950 0001 8566 9144

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600