IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

## NOTICE OF SUPPLEMENTATION OF ADMINISTRATIVE RECORD

The undersigned counsel hereby certifies that two additional documents belonging to the Department of Health and Human Services were newly identified as part of the administrative record and served directly upon Plaintiff's counsel via box.com, a cloud-based content management and file-sharing platform, on May 30, 2025.

Dated: May 30, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*

2

        EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
        RYAN M. UNDERWOOD
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 353-5525
        E-mail: eitan.r.sirkovich@usdoj.gov

        *Counsel for Defendants*